# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

EMMACULATE REFLECTIONS, LLC
and KELLERMEYER BERGENSONS
SERVICES, LLC,

      Plaintiffs,

v.                                       Case No.: 6:19-cv-2233-Orl-78LRH

NABILA ALTMAN,

      Defendant.
_____/

## PLAINTIFFS EMMACULATE REFLECTIONS, LLC AND KELLERMEYER BERGENSONS SERVICES, LLC'S RESPONSE TO SHOW CAUSE ORDER

      Plaintiffs Emmaculate Reflections, LLC and Kellermeyer Bergensons Services, LLC (collectively "Plaintiffs"), through their undersigned counsel, hereby respond to the Court's Order to show cause entered on November 25, 2019, stating as follows:

      1.      Plaintiffs filed a Complaint against Defendant Nabila Altman ("Defendant") on November 22, 2019.

      2.      In the Complaint, Plaintiffs asserted that Defendant was a resident of Lake County, Florida working in Lake County, Florida.

      3.      Upon information and belief, Defendant is a resident of Lake County, Florida.

      4.      Although Plaintiffs pled that venue is proper because of Defendant's residency, Plaintiffs state a substantial part of the events giving rise to Plaintiffs' claims under the federal Defend Trade Secrets Act of 2016, 18 U.S.C. § 1836, the Florida Uniform Trade Secret Act, Fla. Stat. §§ 688.001, et. seq., and Florida common law, occurred and are occurring in Orange County, Florida.

5.     Specifically, Defendant engaged in anti-competitive activity in Orange County by soliciting Plaintiffs' customers in Orlando, Florida.  Plaintiffs did not list in the Complaint Plaintiffs' customers in Orange County that Defendant solicited due to the proprietary and confidential nature of Plaintiffs' customer lists.

6.     Therefore, Plaintiffs submit that venue is proper in the United States District Court for the Middle District of Florida, Orlando Division because a substantial part of Defendant's anti-competitive activities took place within the judicial division of this Court.

7.     Attached herein as "Exhibit A" is Plaintiffs' Amended Complaint alleging that venue is proper because a substantial part of the events giving rise to these claims have occurred and are occurring in Orange County, Florida.  Defendant has engaged and is engaging in anti-competitive activities in Orlando, Florida, by actively soliciting Plaintiffs' customers located in Orlando.  Plaintiffs will file the attached Amended Complaint upon instruction by this Court to do so.

WHEREFORE, Plaintiffs respectfully request that this Court retain jurisdiction of this matter because venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

Respectfully submitted this 2nd day of December, 2019.

/s/     Phillip J. Harris
**PHILLIP J. HARRIS,** FBN:  0044107
pharris@constangy.com
**MEGAN M. McGINN,** FBN:  1018641
mmcginn@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
100 North Tampa Street, Suite 3350
Post Office Box 1840
Tampa, Florida  33601-1840
Telephone:     (813) 223-7166
Facsimile       (813) 223-2515
Service Email:      tampa@constangy.com
*Attorneys for Defendant*

2

6388687v.1