UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| EMMACULATE REFLECTIONS, LLC, and KELLERMEYER BERGENSONS SERVICES, LLC,<br><br>    *Plaintiffs*,<br>v.<br><br>NABILA ALTMAN,<br><br>    *Defendant*,<br>_____<br>NABILA ALTMAN,<br><br>    *Counter-Plaintiff*,<br>v.<br><br>KELLERMEYER BERGENSONS SERVICES, LLC,<br><br>    *Counter-Defendant*. | CASE NO.: 6:19-cv-02233-Orl-78LRH |

### DEFENDANT/COUNTER-PLAINTIFF NABILA ALTMAN'S SUPPLEMENT TO MOTION TO STRIKE AFFIRMATIVE DEFENSES AND DEEM AFFIRMATIVE DEFENSES DENIALS[1]

Defendant/Counter-Plaintiff Nabila Altman, through her undersigned counsel and pursuant to Local Rule 3.01(g), hereby submits this Supplement to her Motion to Strike Affirmative Defenses and Deem Affirmative Defenses Denials (DE 25) ("Motion"), and in support states:

---

[1] Defendant/Counter-Plaintiff Nabila Altman is "Defendant/Counter-Plaintiff." Plaintiff/Counter-Defendant Kellermeyer Bergensons Services, LLC, is "Plaintiff/Counter-Defendant."

**MEMORANDUM**

On Friday, March 13, 2020, Defendant/Counter-Plaintiff filed her Motion with respect to certain defenses raised by Plaintiff/Counter-Defendant. As indicated in the Motion, despite the undersigned's efforts, the Parties were unable to coordinate a conferral call by the deadline to file. In accordance with Local Rule 3.01(g), the Parties subsequently conferred by telephone and on March 17, 2020 and were unable to reach an agreement regarding any of the relief sought in the Motion (DE 25).

**CONCLUSION**

WHEREFORE, Defendant/Counter-Plaintiff Altman respectfully requests that this Court enter an order granting the Motion and for all other relief this Court deems fit.

**LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Rule 3.01(g), Counsel for Defendant/Counter-Plaintiff certifies that the Parties conferred via telephone on March 17, 2020 and were unable to resolve any issues in the Motion (DE 25).

Dated: March 19, 2020

Respectfully submitted,

By: s/ *Christopher S. Prater*
Jonathan E. Pollard
Florida Bar No.: 83613
jpollard@pollardllc.com
**Trial Counsel**

Christopher S. Prater
Florida Bar No.: 105488
cprater@pollardllc.com

**Pollard PLLC**
100 SE 3rd Ave., Ste. 601
Fort Lauderdale, FL 33394
Telephone: (954) 332-2380
*Attorneys Nabila Altman*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2020 this document was electronically served on all counsel of record via the Court's electronic case filing system.

By: s/ *Christopher S. Prater*
Christopher S. Prater