**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

EMMACULATE REFLECTIONS, LLC
and KELLERMEYER BERGENSONS
SERVICES, LLC,

          Plaintiffs,

v.                                Case No:  6:19-cv-2233-Orl-78LRH

NABILA ALTMAN,

          Defendant.

_____/

**ORDER**

       THIS CAUSE is before the Court on Defendant/Counter-Plaintiff's Motion to Strike Affirmative Defenses and Deem Affirmative Defenses Denials ("**Motion to Strike**," Doc. 25) and Plaintiff/Counter-Defendant, Kellermeyer Bergensons Services, LLC's ("**KBS**"), Response in Opposition (Doc. 27) thereto. United States Magistrate Judge Leslie R. Hoffman issued a Report and Recommendation (Doc. 28), in which she recommends that the Motion be granted in part.

       After a de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the Report and Recommendation.

       Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 28), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Strike (Doc. 25) is **GRANTED in part** and **DENIED in part**. KBS's tenth, fourteenth, and fifteenth affirmative defenses, as set forth in the Answer and Affirmative Defenses (Doc. 21), are **STRICKEN**,

and the first, second, eighth, eleventh, and thirteenth affirmative defenses

are deemed specific denials. In all other respects, the Motion is denied.

**DONE AND ORDERED** in Orlando, Florida on April 22, 2020.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

2